**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:14-cr-00001-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| RAM KISHAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The emergency motion to quash or modify non-party subpoena is granted in part (#83).  The witness officer Tracey Rowland may testify telephonically at the hearing on February 9, 2016.

IT IS SO ORDERED.

DATED: This 4th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE