**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:14-cr-00001-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| RAM KISHAN, | ) | |
| Defendant. | ) | |

The defendant's request for a 30-day continuance to surrender (#91) is **DENIED**.

IT IS SO ORDERED.

DATED: This 9th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE