# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:14-cr-00001-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| RAM KISHAN, | ) | |
| Defendant. | ) | |

On Monday, May 9, 2016, the court granted the defendant's motion for reconsideration (#93) and issued order {#94) extending the defendant's self-surrender date at the designated facility to Monday, June 6, 2016 by 12 p.m. However, at the time order (#94) was entered, the defendant had already self-surrendered at the designated facility.

THEREFORE, IT IS ORDERED, the defendant Ram Kishan shall be released from U.S. Bureau of Prisons custody this date and shall self-surrender at the designated facility on Monday, June 6, 2016 at 12 p.m.  The defendant shall be given credit for any custodial time served.  No additional extensions shall be granted.

IT IS SO ORDERED.

DATED: This 10th day of May, 2016.

_____
HOWARD D. McKIBBEN,
SENIOR UNITED STATES DISTRICT JUDGE

1