# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:14-cr-00001-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| RAM KISHAN, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant's request for further extension of the surrender date (ECF No. 96) is **DENIED**.

IT IS SO ORDERED.

DATED: This 3rd day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE