UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:14-cr-00001-HDM-VPC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| RAM KISHAN, | |
| Defendant. | |

Defendant's motion for early termination of supervised release (ECF No. 108) is GRANTED effective February 27, 2020.

IT IS SO ORDERED.

DATED: This 3rd day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE